POLSINELLI LLP
JOHN W. PETERSON (SBN: 179343)
john.peterson@polsinelli.com
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO PIROZZI; PIROZZI ENTERPRISES, LLC, dba SALERNO; CHEF ALESSANDRO PIROZZI, INC., dba ALESSA,<br>　　　　　Plaintiffs,<br>　　v.<br>FISERV CORPORATION; CARDCONNECT; and DOES 1 through 25,<br>　　　　　Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL**<br><br>Date:　　January 3, 2021<br><br>Judge: _____ |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Fiserv, Inc.[1] ("Fiserv") and CardConnect, LLC[2] ("CardConnect") (collectively "Defendants") hereby file this Notice of Removal of this action from the Superior Court of the State of California, County of Orange, to the United States District Court for the Central District of California, and in support state as follows:

　　1.　　Plaintiffs Alessandro Pirozzi; Pirozzi Enterprises, LLC; and Chef Alessandro Pirozzi Inc. commenced a civil action, styled *ALESSANDRO PIROZZI, an individual; PIROZZI ENTERPRISES, LLC, a California Limited Liability Corporation, dba SALERNO; CHEF ALESSANDRO PIROZZI, INC., a California corporation dba ALESSA v. FISERV CORPORATION, a Florida Corporation registered and doing business in California; and CARDCONNECT, a California*

---

[1] The Complaint incorrectly refers to Fiserv, Inc. as "Fiserv Corporation." (*See* Compl. ¶ 3.)

[2] The case caption incorrectly refers to CardConnect, LLC as "CardConnect, a California Corporation." (*See* Compl. p. 1.)

1
NOTICE OF REMOVAL

*Corporation, and DOES 1 through 25*, in the Superior Court of the State of California, County of Orange, by filing a Complaint for Damages (the "Complaint") on or about November 22, 2021, which is currently pending as Case No. 30-2021-01232995-CU-FR-NJC (the "State Court Action").

    2.    Plaintiffs served Fiserv with the Summons and a copy of the Complaint on or about December 3, 2021.[3] A copy of the Summons and Complaint are attached to this Notice of Removal as **Exhibit 1** and constitute all process, pleadings, and orders then-served on Fiserv.

    3.    In the State Court Action, as set forth in the Complaint, Plaintiffs seek to recover declaratory and injunctive relief in addition to compensatory, punitive, statutory, and treble damages, interest, and attorneys' fees from Defendants based upon allegations of fraud and intentional misrepresentation, breach of contract, accounting, breach of fiduciary duty, declaratory relief, conversion, unfair competition, negligence, money had and received, and California Penal Code Section 496.

    4.    This Court has original jurisdiction over the claims alleged by Plaintiff in the Complaint pursuant to 28 U.S.C. § 1332(a) because this is a civil action between citizens of different states and Plaintiff alleges the amount in controversy exceeds the sum or value of $75,000. Defendants deny all liability to Plaintiff.

    5.    Specifically, Defendants show the Court this civil action is removable for the reasons set forth below:

        a.    According to the Complaint, Plaintiff Alessandro Pirozzi is an individual who "was and is a resident of the County of Orange, State of California and proprietor of restaurants located within the County of Orange."

---

[3] It does not appear that Plaintiffs have served CardConnect, as the State Court Action's docket only shows two Proofs of Service, both of which are for Fiserv. Accordingly, CardConnect expressly reserves any objections and defenses for lack of service.

(Compl. ¶ 2.) Plaintiff Pirozzi Enterprises, LLC d/b/a Salerno is a California limited liability company[4] and, upon information and belief, Alessandro Pirozzi is its sole member.[5] (Compl. ¶ 2.) Plaintiff Chef Alessandro Pirozzi, Inc. d/b/a Alessa is a California corporation with its principal place of business in California. (Compl. ¶¶ 1, 2.) Therefore, for diversity purposes, Plaintiffs are all citizens of California.

      b.     In the Complaint, Plaintiffs allege that Fiserv is "a Florida corporation licensed and doing business in the State of California." (Compl. ¶ 3.) In fact, Fiserv is a Wisconsin corporation with its principal place of business in Wisconsin. (*See* Decl. of B. Maravent ¶ 3, attached as **Exhibit 2**.) Fiserv is therefore a citizen of Wisconsin for purposes of diversity jurisdiction.

      c.     The case caption states that CardConnect is a California Corporation but does not identify CardConnect by its full legal name. (Compl. p. 1.) CardConnect, *LLC* is the party to the contract at issue. (*See* Decl. of B. Maravent ¶ 4.) CardConnect, LLC is a Delaware limited liability company and its sole member is First Data Merchant Services LLC ("FDMS"). (*Id.* ¶ 5.) FDMS is a Florida limited liability company and its sole member is First Data Corporation ("First Data"). (*Id.* ¶ 6.) First Data is a Delaware corporation with its principal place of business Georgia. (*Id.* ¶ 7.) For the purposes of diversity jurisdiction, CardConnect, LLC is a citizen of Delaware and Georgia.

      d.     Accordingly, there is complete diversity.[6]

---

[4] The Complaint incorrectly refers to Pirozzi Enterprises, LLC as a "limited liability corporation." (Compl. ¶ 2.)

[5] Salerno is an improperly and/or potentially fraudulently joined Plaintiff given its lack of meaningful relationship to the issues in this case. Nonetheless, removal is still appropriate because Salerno is not a citizen of the same state as any Defendant.

[6] Although the Complaint makes a passing reference to "DOES 1 through 25" who

3
NOTICE OF REMOVAL

e. The Complaint alleges an amount in excess of the jurisdictional amount. 28 U.S.C. § 1332(a). Specifically, Plaintiff seeks to recover "$302,601.64 plus prejudgment interest" in addition to compensatory damages, statutory and treble damages, punitive damages, interest, and attorneys' fees. It is therefore "'facially apparent' from the complaint that the jurisdictional amount is in controversy." *Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 690 (9th Cir. 2006).

f. Defendants deny all liability to Plaintiff.

g. Accordingly, this case is properly removable pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

h. All "properly joined and served" Defendants join in this Notice of Removal. 28 U.S.C. § 1446(b)(2)(A).

6. This Notice of Removal was filed within thirty days after the service of Summons and Complaint and was therefore timely.

7. The State Court in which this action was commenced is within this Court's District.

8. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Orange, and a copy of this Notice of Removal will also be served on Plaintiff.

9. Defendants reserve the right to assert all defenses, objections, and counterclaims to the Complaint.

**ACCORDINGLY**, Defendants hereby remove to this Court the State Court Action pending as *ALESSANDRO PIROZZI, an individual; PIROZZI ENTERPRISES, LLC, a California Limited Liability Corporation, dba SALERNO; CHEF ALESSANDRO PIROZZI, INC., a California corporation dba ALESSA v.*

---

are "fictitiously named defendants," (Compl. ¶ 5), under 28 U.S.C. § 1441(b)(1), "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

*FISERV CORPORATION, a Florida Corporation registered and doing business in California; and CARDCONNECT, a California Corporation, and DOES 1 through 25*, in the Superior Court of the State of California, County of Orange, Case No. 30-2021-01232995-CU-FR-NJC.

Dated:  December 29, 2021

POLSINELLI LLP

By: */s/ John W. Peterson*
John W. Peterson

Attorneys for Defendants Fiserv, Inc. and CardConnect, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 29, 2021, a copy of the foregoing document was served via the Court's Electronic Filing System pursuant to Local Rule 5-3.2.1 and via U.S. Mail as follows:

> Law Offices of Foroozandeh, APC
> Majid Foroozandeh, Esq.
> 23461 So. Point Dr., Suite 385
> Laguna Hills, CA 92653

/s/ *John W. Peterson*
John W. Peterson