LAW OFFICES OF FOROOZANDEH, APC.
**MAJID FOROOZANDEH, ESQ.** (SBN: 248685)
23461 SO. POINT DR., STE 385
LAGUNA HILLS, CALIFORNIA 92653
TELEPHONE: (949) 336-8505
ATTORNEY FOR THE PLAINTIFFS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO PIROZZI, an individual; PIROZZI ENTERPRISES, LLC, a California Limited Liability Corporation, dba SALERNO; CHEF ALESSANDRO PIROZZI, INC., a California corporation dba ALESSA;<br><br>Plaintiffs<br>vs.<br><br>FISERV CORPORATION, a Florida Corporation registered and doing business in California; and CARDCONNECT, a California Corporation, and DOES 1 through 25,<br><br>Defendants. | Case No.: 8:21-cv-02130-CJC-ADS<br><br>DECLARATION OF MAJID FOROOOZANDEH IN SUPPORT PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER<br><br>Hearing Date: February 28, 2022<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Cormac J. Carney<br>Place: Courtroom 9B |

I, MAJID FOROOZANDEH, declare, I am an attorney licensed to practice law before the United States District Court for the Central District of California. I am the attorney of record for Plaintiffs Alessandro Pirozzi, Pirozzi Enterprises LLC dba

Salerno, Chef Alessandro Pirozzi, Inc. dba Alessa. This Declaration is offered in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer. This Declaration is based upon my personal knowledge and if called as a witness I could and would testify as follows:

1. On January 5, 2022, I received a telephone call from Defendants' attorney Cate Green of Polsinelli, LLP. I was advised Defendants were filing a motion to dismiss. However, no meet and confer under Local Rule 7-3 occurred, and I was not provided the grounds or offered the opportunity to engage opposing counsel regarding resolution of any of their concerns.

2. The "Agreement" marked as Exhibit "A" and attached to the Declaration of Bram Maravent is not signed by a representative for any Plaintiff herein.

3. Fiserv Corp. is a proper Defendant because Fiserv representatives and attorneys were the primary point of contact prior to the filing of the Complaint. Also, "Cardconnect is a payments platform of Fiserv, focused on helping business of all sizes grow through the seamless integration of secure payment processing." This appears on Cardconnect's website https://cardconnect.com/company/about. Attached to this Declaration and marked as Exhibit "1" is a true and correct copy of the webpage in question containing this representation.

I declare, under the penalty of perjury, that the foregoing is true and correct. Executed this 4th day of February 2022, in Laguna Hills, California.

_____
MAJID FOROOZANDEH, declarant

# EXHIBIT 1

cardconnect. Sign up 



**ABOUT US**

# Our mission is to grow commerce with simple, secure and integrated payments

CardConnect is a payments platform of Fiserv, focused on helping businesses of all sizes grow through the seamless integration of secure payment processing.

# PROOF OF SERVICE
(C.C.P. Section 1013 (a) and 2015.5)

At the time of service, I was at least eighteen years of age and not a party to this legal action. I am an employee of the Law Offices of Foroozandeh, APC. My business address is 23461 South Pointe, Drive, Suite 385, Laguna Hills, Ca 92653. I am readily familiar with the business practice for collection and processing correspondence.

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; DECLARATION OF MAJID FOROOOZANDEH IN SUPPORT THEREOF FILED CONCURRENTLY UNDER SEPARATE COVER; DECLARATION OF MAJID FOROOOZANDEH IN SUPPORT PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER; EXHIBITS**

[X] **Mail:** by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at Irvine, California, addressed as set forth below on **February 4, 2022**

**CLERK'S OFFICE OF THE RONALD REAGAN FEDERAL BUILDING**
**411 W 4TH ST #1-053**
**SANTA ANA, CA 92701**

[ ] **Personal Delivery:** by causing to be hand delivered, a true copy thereof to the person at the address below.

[ ] **Federal Express:** by placing a true copy thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a facility regularly maintained by Federal Express, addressed as set forth below.

[ ] **Facsimile:** by causing a true copy thereof to be telecopied to the party at the facsimile number set forth below. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[X] **E-Mail:** by electronically emailing through OneLegal provider e-service to the person at the e-mail address as E-Mail:

**John W. Peterson <john.peterson@polsinelli.com>**
**Bram Maravent (Coral Springs) <bram.maravent@Fiserv.com>**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on **February 4, 2022,** at Laguna Hills, California.

_____
Danielle Efurd-Howe

PROOF OF SERVICE                                                                                            Page 1