# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO PIROZZI; PIROZZI ENTERPRISES, LLC, dba SALERNO; CHEF ALESSANDRO PIROZZI, INC., dba ALESSA,<br><br>        Plaintiff,<br><br>  v.<br><br>FISERV CORPORATION; CARDCONNECT; and DOES 1 through 25,<br><br>        Defendants. | Case No. 8:21-cv-02130-CJC-ADS<br><br>DECLARATION OF CATHERINE A. GREEN |

I, Catherine A. Green, hereby declare under penalty of perjury as follows:

1. I am over eighteen (18) years of age and am fully competent to make this Declaration. I have personal knowledge of the matters set forth herein. If called upon to do so, I could and would testify competently as to those matters. I am authorized to submit this Declaration.

2. I am an associate with the firm Polsinelli LLP. I am counsel for Defendants Fiserv, Inc. and CardConnect, LLC (collectively "Defendants").

3. On January 4, 2022, I had two calls with Mr. Foroozandeh.

4. The first call lasted approximately 20 minutes, during which I specifically advised Mr. Foroozandeh I was calling to meet and confer under the local rules and informed him of Defendants' intent to file and bases for a motion to: (1) to dismiss the non-contract claims as duplicative of the breach of contract; (2) to dismiss the breach of contract claim due to the language in the Agreement; and (3) to transfer to the Eastern District of New York due to the Agreement's forum selection clause. Mr. Foroozandeh was extremely agreeable and pleasant and advised that he would

82073185.1

contact his client to see if he would consent to transfer of this action to New York. Mr. Foroozandeh also told me to file the Motion if I did not hear from him.

5. The second call lasted approximately 5 minutes. On the second call, I advised Mr. Foroozandeh that I intended to advise the Court that the parties were still working in good faith to limit the issues in this case. Mr. Foroozandeh did not object to this language and expressed no concern over the bases of the forthcoming Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/14/21

Catherine A. Green

82073185.1