# EXHIBIT B

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO PIROZZI; PIROZZI ENTERPRISES, LLC, dba SALERNO; CHEF ALESSANDRO PIROZZI, INC., dba ALESSA, <br><br> Plaintiff, <br><br> v. <br><br> FISERV CORPORATION; CARDCONNECT; and DOES 1 through 25, <br><br> Defendants. | Case No. 8:21-cv-02130-CJC-ADS <br><br> DECLARATION OF JOHN BINTNER |

I, John Bintner, hereby declare under penalty of perjury as follows:

1. I am over eighteen (18) years of age and am fully competent to make this Declaration. I have personal knowledge of the matters set forth herein. If called upon to do so, I could and would testify competently as to those matters. I am authorized to submit this Declaration.

2. I am currently employed as Director, Risk & Underwriting at CardConnect, LLC ("CardConnect"). In that capacity, I am responsible for, among other things, the review and management of merchant applications.

3. Attached as Exhibit 1 is a true and accurate screenshot of the electronic signature information for Chef Alessandro Pirozzi, Inc. d/b/a Alessa's Merchant Processing Application and Agreement and Confirmation Page, which I obtained from CardConnect's record management system, CoPilot.

4. Attached as Exhibit 2 is a true and accurate screenshot of the electronic signature information for Pirozzi Enterprises, LLC d/b/a Salerno's Merchant Processing Application and Agreement and Confirmation Page, which I obtained from CardConnect's record management system, CoPilot.

5. Exhibit 1 and 2 consist of true copies of records which:
   a. Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
   b. Were kept in the course of regularly conducted business activity;
   c. Were made by the said business activity as a regular practice; and
   d. Are duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/14/2022

John Bintner

# EXHIBIT 1

2

Digital Signature Details

| | |
|---|---|
| **Signer Name:** | Alessandro Pirozzi |
| **Signer Email:** | ALE@CHEFPIROZZI.COM |
| **Date Signed:** | 11/02/2020 02:18:57 PM |
| **IP Address:** | 65.221.106.107 |
| **Signatures:** | Corporate Officer, Program Guide |

# EXHIBIT 2

Digital Signature Details

| | |
|---|---|
| Signer Name: | Alessandro Pirozzi |
| Signer Email: | ALE@CHEFPIROZZI.COM |
| Date Signed: | 11/02/2020 02:19:58 PM |
| IP Address: | 65.221.106.107 |
| Signatures: | Corporate Officer, Program Guide |